**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
*Electronically Filed*

| | |
|---|---|
| CHRISTY FARR, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 2:15-CV-64-WOB-JGW |
| v. | : |
| | : Honorable William O. Bertelsman |
| AMAZON.COM.KYDC LLC, | : |
| | : |
| Defendant. | : |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Amazon.com.kydc LLC ("Amazon"), by and through counsel, hereby moves for summary judgment in its favor on all claims asserted by Plaintiff. As explained more fully in the memorandum of law filed herewith, there is no genuine dispute as to any material fact, and Amazon is entitled to judgment as a matter of law.

Entry of summary judgment on Plaintiff's claims is appropriate for the following reasons:

A. With regard to Counts I, II, IV and V in the Amended Complaint:

1. Plaintiff cannot establish that Amazon knew she was working off the clock;

2. She cannot show that Amazon was aware that she did not comply with direct instructions from her supervisors or with company policy not to work from home and to report all hours worked;

3. She failed to follow Amazon's reasonable process for reporting uncompensated work time; and

        4.      She deliberately prevented Amazon from knowing about her work off the clock.

B.    With regard to Count III in the Amended Complaint, Plaintiff cannot prove a violation of the Fair Labor Standards Act because she intentionally withheld information about discrepancies between her time clock records and her actual working hours and she failed to follow Amazon's procedures for correcting time clock records.

C.    With regard to Counts VI and VII in the Amended Complaint, Plaintiff cannot prove a violation of Kentucky's wage and hour laws governing meal and rest breaks because Amazon allowed Plaintiff to take her breaks, Plaintiff was aware of Amazon's policies and of Kentucky law, she has produced no evidence that the work she allegedly performed during her meal breaks was for the predominant benefit of Amazon, she failed to correct her time records and actually falsified her time records, and Amazon had no knowledge that Plaintiff was not taking the required breaks.

D.    With regard to Counts IX and XI in the Amended Complaint, Plaintiff never requested a reasonable accommodation, and Amazon did not know or have reason to know of her claimed disability.

E.    With regard to Counts X and XII in the Amended Complaint, Plaintiff has brought forward no evidence of differential treatment of similarly-situated employees outside the protected class and no other evidence of a causal connection between her age and the termination of her employment.

F.    With regard to Count VIII in the Amended Complaint, Plaintiff cannot make out a claim of Family and Medical Leave Act ("FMLA") interference because she was not denied

FMLA benefits by Amazon. Furthermore, she cannot establish a causal connection between her exercise of rights under FMLA and any adverse action.

G.  With regard to Counts VIII, IX, X, XI and XII in the Amended Complaint, Plaintiff has brought forward insufficient evidence to convince a trier of fact that the reason her employment was terminated was a mere pretext for discrimination or retaliation.

WHEREFORE, for the reasons stated in this motion and the supporting memorandum, Defendant respectfully requests that its Motion for Summary Judgment be granted, that the Amended Complaint be dismissed with prejudice, and that Defendant be awarded its costs and any other relief to which it may be entitled.

Respectfully submitted,

/s/ Sadhna G. True
Sadhna G. True
DINSMORE & SHOHL LLP
250 W. Main St., Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
Email: sadhna.true@dinsmore.com

Kathryn A. Quesenberry
DINSMORE & SHOHL LLP
101 S. 5th Street, Suite 2500
Louisville, Kentucky 40202
Phone: (502) 581-8025
Fax: (502) 581-8111
Email: kathryn.quesenberry@dinsmore.com

J. Corey Asay (*admitted Pro Hac Vice*)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
E-mail: corey.asay@dinsmore.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, a true and accurate copy of **Defendant's Motion for Summary Judgment**, memorandum of law in support thereof, exhibits, and proposed Order were filed electronically using the Court's CM/ECF system. Notice of electronic filing will be sent to all counsel of record.

/s/ Sadhna G. True
*Counsel for Defendants*

10382338v2